IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01694-RPM


ERNEST BOCANEGRA,

                Plaintiff,

v.

UNION PACIFIC RAILROAD, a corporation, and
INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS,
an unincorporated labor organization,

                Defendants,
_____

### ORDER OF DISMISSAL AS TO UNION PACIFIC RAILROAD
_____


Upon consideration of the motion of defendant Union Pacific Railroad filed

November 17, 2005, the plaintiff's complaint and the plaintiff's response to the motion

to dismiss, the Court finds and concludes that the allegations of the complaint are not

sufficient to state a claim for relief against the Union Pacific Railroad within the

jurisdiction of this court and it is therefore

ORDERED that this civil action is dismissed as to the defendant Union Pacific

Railroad.

DATED: January 3, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge