IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01694-RPM

ERNEST BOCANEGRA,

        Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS,
an unincorporated labor organization,

        Defendant,
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Pursuant to the Plaintiff's Response to Order to Show Cause (Doc. #18), filed on March 31, 2006, it is

ORDERED that the order to show cause is discharged.

DATED: April 6, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge