IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01694-RPM

ERNEST BOCANEGRA,

        Plaintiff,

v.

INTERNATIONAL ASSOCIATION OF MACHINISTS
AND AEROSPACE WORKERS,
an unincorporated labor organization,

        Defendant,

_____

ORDER OF DISMISSAL
_____

Upon consideration of the motion to dismiss by Defendant International Association of Machinists and Aerospace Workers (Doc. #21), filed April 17, 2006, the Court finds and concludes that the plaintiff has failed to allege subject matter jurisdiction for the second claim for relief in the complaint in that the allegation is that the action is brought against the defendant union under the Labor Management Relations Act, Section 301, which is not applicable to the moving defendant. It is therefore

ORDERED that the motion is granted and the Court having previously entered an order of dismissal as to the Union Pacific Railroad, on January 3, 2006, the civil action is now dismissed in its entirety.

DATED: May 16, 2006

                                                              BY THE COURT:
                                                              s/Richard P. Matsch

                                                              _____

                                                              Richard P. Matsch, Senior District Judge